FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:42 pm, Apr 20, 2021
JEFFREY P. COLWELL, CLERK

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| US Acquisition LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:10-cv-00469-AT |
| Anthony V. Pugliese, III and Thaddeus John Pryor | ) |
| *Defendant* | ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __09/01/2010__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __03/31/2021__

JAMES N. HATTEN
*CLERK OF COURT*

s/Jessica Kelley
*Signature of Clerk or Deputy Clerk*