IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:21-rj-00021

US ACQUISITION, LLC

　　　　Plaintiff,

vs

ANTHONY V. PUGLIESE, III and THADDEUS JOHN PRYOR

　　　　Defendant.

## SATISFACTION OF JUDGMENT

Judgment was rendered in favor of the above-named __PLAINTIFF__

and against the above-names __THADDEUS JOHN PRYOR (DEF)__ in the above-entitled action,

on the __1ST__ day of __SEPTEMBER__, __2010__, in the sum of

__$6,282,372.04__ and for costs and the __Plaintiff, through a confidential settlement agreement,__ acknowledges payment of

said judgment, costs and interest in full and desires to release this judgment and hereby

fully and completely satisfy the same.

_Kara Noack_

Kara Noack, Howard & Associates, LLC

PO Box 98, Vail, CO 81658

Subscribed and sworn to me by __Kara Noack__ above-names, this

__20th__ day of __March__, __2023__.

Given under by hand and notarial seal.

__11/19/2024__                    _Ana Arreola_
My commission expires:           Notary Public

ANA ARREOLA GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164043755
MY COMMISSION EXPIRES 11/19/2024