IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-rj-00021

US ACQUISITION, LLC

    Plaintiff,

vs

ANTHONY V. PUGLIESE, III and THADDEUS JOHN PRYOR

    Defendant.

---

## SATISFACTION OF JUDGMENT

---

Judgment was rendered in favor of the above-named __PLAINTIFF__ and against the above-names __ANTHONY V. PUGLIESE, III__ in the above-entitled action, on the __1ST__ day of __SEPTEMBER__, __2010__, in the sum of __$6,282,372.04__ and for costs and the __Plaintiff, through a confidential settlement agreement,__ acknowledges payment of said judgment, costs and interest in full and desires to release this judgment and hereby fully and completely satisfy the same.

_/s/ Kara Noack_

Kara Noack, Howard & Associates, LLC

PO Box 98, Vail, CO 81658

Subscribed and sworn to me by __Kara Noack__ above-names, this __17th__ day of __April__, __2023__.

Given under by hand and notarial seal.

__03/28/2027__
My commission expires:       Notary Public

JOSE LEONEL HERNANDEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174046024
MY COMMISSION EXPIRES 03/28/2027